UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PEGGY O'NEILL and KELLY O'NEILL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:15-cv-1069-CSH |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COUNTRY MOTORS II, INC. d/b/a BOB'S | : | |
| BUICK GMC OF MILFORD and | : | |
| EXETER FINANCE CORP. | : | JANUARY 12, 2016 |
|    Defendants | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Peggy O'Neill and Kelly O'Neill, through their attorney, and the defendants, Country Motors II, Inc. d/b/a Bob's Buick GMC of Milford and Exeter Finance Corp., through their attorneys, hereby stipulate that the plaintiffs claims shall be dismissed with prejudice and without costs or attorney's fees.

                                                PLAINTIFFS, PEGGY O'NEILL and KELLY O'NEILL

                                                By: /s/ *Daniel S. Blinn*
                                                     Daniel S. Blinn (ct02188)
                                                     dblinn@consumerlawgroup.com
                                                   Consumer Law Group, LLC
                                                   35 Cold Spring Rd. Suite 512
                                                   Rocky Hill, CT  06067
                                                   Tel. (860) 571-0408
                                                   Fax (860) 571-7457

DEFENDANT, COUNTRY MOTORS, II, INC.
D/B/A BOB'S BUICK PONTIAC GMC OF
MILFORD

By: /s/ *Nicole C. Chomiak*
    Nicole C. Chomiak (ct18547)
    nchomiak@nuzzo-roberts.com
    Nuzzo & Roberts, LLC
    One Town Center
    P.O. Box 747
    Cheshire, CT 06410
    Tel:  (203) 250-2000
    Fax: (203) 250-3131


DEFENDANT, EXETER FINANCE CORP.

By: /s/ *Gerald L. Garlick*
    Gerald L. Garlick (ct05627)
    Krasow, Garlick & Hadley, LLC
    One Financial Plaza
    Hartford, CT 06103
    Tel.  (860) 549-7100
    Fax. (860) 728-1651
    ggarlick@krasowgarlick.com


DEFENDANT, EXETER FINANCE CORP.

By: /s/ *Scott H. Bernstein*
    Scott H. Bernstein (ct27632)
    Stradley Ronon Stevens & Young, LLP
    100 Park Avenue, Suite 3210
    New York, NY 10017
    Tel.  (212) 812-4132
    sbernstein@stradley.com

## CERTIFICATION

      I hereby certify that on this 12th day of January, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                     /s/ *Daniel S. Blinn*
                                     Daniel S. Blinn